

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-21-00186-CR

Adelida **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-204-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record in this case was originally due June 28, 2021. In response to this court's notification that the record was late, the court reporter requested an extension of time to file the record until August 23, 2021, and we granted that request. On August 26, 2021, the court reporter requested an additional extension of time until September 7, 2021, for a total extension of 70 days. After consideration, we **GRANT** the court reporter's request and **ORDER** her to file the reporter's record **by September 7, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court